1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

5

6  Attorney for DAVID JOHNSON

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 DAVID JOHNSON,                    CASE NO.:   2:16-CV-00492-AC
   Plaintiff,
12
                                     STIPULATION AND ORDER EXTENDING
13 vs.                               TIME TO FILE AND SERVE MOTION

14 COMMISSIONER OF SOCIAL SECURITY,

15 Defendant

16

17         IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the

19 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

20 extended to the new filing date of October 10, 2016.  The extension is needed due to press of

21 business in plaintiff's attorney's office.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

   STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.


Dated: 9/8/16                                    /s/ Peter Brixie
                                                 PETER BRIXIE
                                                 Attorney at Law
                                                 Attorney for Plaintiff


Dated: 9/8/16                                    /s/ Jeffrey T. Chen
                                                 JEFFREY T. CHEN
                                                 Special Assistant U. S. Attorney
                                                 Attorney for Defendant


__ooo__

APPROVED AND SO ORDERED


DATED:  September 9, 2016.



                                                 ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION