PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | Civil No. 2:16-cv-00492-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A FIRST EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief.  Defendant respectfully request this additional time because a recent series of attorney departures from the office have resulted in significant reassignments of work, including a Ninth Circuit oral argument and a Ninth Circuit responsive brief to the undersigned.

1

The new due date for Defendant's responsive brief will be Wednesday, December 7, 2016.

Respectfully submitted,

Date: _November 6, 2016_          LAW OFFICE OF PETER BRIXIE

By:   */s/ Peter Brixie*
      PETER BRIXIE
      *\* By email authorization on Nov. 6, 2016*
      Attorney for Plaintiff

Date: _November 6, 2016_          PHILIP A. TALBERT
                                  Acting United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: November 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE