UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN. W. COLVIN, Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | No.  2:16-CV-00492 AC<br><br><br>ORDER TO SHOW CAUSE |

　　On November 7, 2015, this court granted defendant an extension of time of 30 days to file her motion for summary judgment.  ECF 18.  Pursuant to that Order, defendant's motion was due on December 7, 2016.  That deadline has now passed, and defendant has not filed the anticipated motion.

　　Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, within 14 days, why her failure to file a cross-motion for summary judgment should not be deemed a waiver of (1) the right to file such a motion at any time, and (2) opposition to plaintiff's motion for summary judgment.

DATED: December 14, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE