UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | No. 2:16-cv-00492 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

The court has reviewed the Declaration of defendant's counsel, ECF No. 20, regarding this court's December 14, 2016 Order to Show Cause, ECF No. 19. The Court notes that the defendant has filed the Cross-Motion for Summary Judgment, ECF No. 21. For good cause shown, IT IS HEREBY ORDERED that the Order To Show Cause (ECF No. 19) is DISCHARGED in its entirety.

DATED: January 5, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE