PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
E-mail: peterbrixie@gmail.com

Attorney for DAVID JOHNSON

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DAVID JOHNSON, | Case No.: **2:16-CV-00492-AC** |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

To the honorable ALLISON CLAIRE, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that DAVID JOHNSON be awarded attorney fees and expenses in the amount of $7,200.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to DAVID JOHNSON, the government will consider the matter of assignment of EAJA fees to PETER BRIXIE. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to DAVID JOHNSON, but if the Department of the Treasury determines that DAVID JOHNSON does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to PETER BRIXIE pursuant to the

assignment executed by DAVID JOHNSON any payments made shall be delivered to PETER BRIXIE

This stipulation constitutes a compromise settlement of DAVID JOHNSON vs. COMMISSIONER OF SOCIAL SECURITY request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that DAVID JOHNSON may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of PETER BRIXIE to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: 10/10/2017      By:        /s/ *Peter Brixie*
                                  PETER E. BRIXIE
                                  Attorney at Law
                                  Attorney for Plaintiff

Dated: 10/10/2017                 /s/*Jeffery T. Chen*
                                  JEFFERY T. CHEN
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated: 10/11/2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE